**Fill in this information to identify your case:**

Debtor 1   _LATANYA_ ___ _ANDERSON_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:    District of _____
(State)

Case number   _16 - 5609_
(if known)

☐ Check if this is an
amended filing

Official Form B 3A

# Application for Individuals to Pay the Filing Fee in Installments   06/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.

## Part 1:   Specify Your Proposed Payment Timetable

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**FEB 22 2016**

JEFFREY P. ALLSTEADT, CLERK
PS REP. - CA

1. **Which chapter of the Bankruptcy Code
are you choosing to file under?**

   ☑ Chapter 7 ................. *Fee:*   $335
   ☐ Chapter 11 ............... *Fee:*   $1,717
   ☐ Chapter 12 ............... *Fee:*   $275
   ☐ Chapter 13 ............... *Fee:*   $310

2. **You may apply to pay the filing fee in up to
four installments. Fill in the amounts you
propose to pay and the dates you plan to
pay them. Be sure all dates are business
days. Then add the payments you propose
to pay.**

   You must propose to pay the entire fee no
   later than 120 days after you file this
   bankruptcy case. If the court approves your
   application, the court will set your final
   payment timetable.

   **You propose to pay...**

   $ _83 75_   ☐ With the filing of the petition
   ☑ On or before this date........   _3 / 15 / 16_
   MM / DD / YYYY

   $ _83 75_   On or before this date...........   _4 / 15 / 16_
   MM / DD / YYYY

   $ _83 75_   On or before this date...........   _5 / 16 / 16_
   MM / DD / YYYY

   + $ _83 75_   On or before this date...........   _6 / 15 / 16_
   MM / DD / YYYY

   **Total**   $ _335_   ◀ Your total must equal the entire fee for the chapter you checked in line 1

## Part 2:   Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you
understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition
  preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your
  debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings
  may be affected.

x _[signature]_   Signature of Debtor 2   x _____
Signature of Debtor   Your attorney's name and signature, if you used one

Date _____   Date _____   Date _____
MM / DD / YYYY   MM / DD / YYYY   MM / DD / YYYY

**Fill in this information to identify the case:**

Debtor 1      _Latanya_ _____ _____ _Anderson_
             First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number      _16- 5609_
(if known)

Chapter filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** $_____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____         By the court: _____
Month / day / year                United States Bankruptcy Judge